[No. 17733-8-I. Division One. June 22, 1987.]

CHESTER V. OLSON, *Appellant,* v. NORTHWEST GUERNSEY
ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84-2-00033-1, Dennis J. Britt, J.,
entered May 30, 1985. *Affirmed* by unpublished opinion per
Aitken, J. Pro Tem., concurred in by Durham and Ennis,
JJ. Pro Tem.

[No. 17882-2-I. Division One. June 22, 1987.]

LARRY G. RAND, *Respondent,* v. ROBERT H. COLE,
ET AL, *Defendants,* METROPOLITAN TRANSIT
SERVICE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-16464-8, Arthur E. Piehler, J., entered
February 5, 1986. *Affirmed* by unpublished opinion per
Johnsen, J. Pro Tem., concurred in by Dore and Patrick,
JJ. Pro Tem.

[No. 18072-0-I. Division One. June 22, 1987.]

ROBERT VENCLE HUBATKA, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-09311-1, Frank J. Eberharter, J., entered
February 14, 1986. *Affirmed* by unpublished opinion per
Dolliver, J. Pro Tem., concurred in by Andersen and Cole,
JJ. Pro Tem.